# EXHIBIT "B"

## LIST OF ALL COUNSEL OF RECORD

Pursuant to LR81.6, Everest National Insurance Company provides the following information:

1.  Plaintiffs are represented by:

    Jack J. Nichols
    Cynthia Castanon
    Labor Advocate Law Firm
    4900 Fournace, Suite 500-C30
    Bellaire, Texas 77401
    eservice@laboradvocatelaw.com
    Tel: 713-952-2500

2.  Everest National Insurance Company is represented by:

    Stephen O. Venable
    Toby J. Gammill
    Walker Wilcox Matousek, LLP
    1001 McKinney St. Ste. 2000
    Houston, Texas 77002
    svenable@walkerwilcox.com
    tgammill@walkerwilcox.com
    Tel: (713) 654-8001
    Fax: (713) 343-6571